FILED 05 DEC '11 14:36 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RICHARD E. GURULE, )
            Plaintiff, ) Civil No. 11-6216-JO
)
v. )
) ORDER TO DISMISS
LT. MIKE ROOT, et al. )
            Defendants. )

JONES, District Judge.

Plaintiff's Motion to Voluntarily Dismiss [11] is GRANTED and no filing fee will be assessed in this case.

IT IS SO ORDERED.

DATED this 5 day of December, 2011.

_____
Robert E. Jones
United States District Judge

1 - ORDER TO DISMISS